

**FILED**

10/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0421

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0421

RASTA K. WALID,

      Plaintiff and Appellant,

v.

STATE OF MONTANA ATTORNEY
GENERAL, and DEPARTMENT OF REVENUE,

      Defendants and Appellees.

**FILED**

OCT 1 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Rasta Khalid Walid has filed a motion for a 90-day extension of time to file his opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until January 8, 2024, to file his opening brief.

DATED this 11 day of October, 2023.

For the Court,

_____
Chief Justice